UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHUNG THI TRAN,<br><br>      Plaintiff,<br><br>      v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br><br>      Defendant. | NO. SACV 08-1336 CT<br><br>JUDGMENT |

   IT IS ADJUDGED that this matter is **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) to defendant Commissioner of Social Security for further administrative action consistent with the opinion and order filed concurrently with this judgment.

DATED: 4/16/09

_____
CAROLYN TURCHIN
UNITED STATES MAGISTRATE JUDGE